UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID HATTEN, *et al.* | CIVIL ACTION NO. 1:16-CV-01277 |
| VERSUS | CHIEF JUDGE DRELL |
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JURISDICTIONAL REVIEW FINDINGS

Before the Court is a Complaint removed from a Louisiana state court by Defendants Larry Robert Boothe, Ann Costlow Brown d/b/a Jay Construction, and Allied Property and Casualty Insurance Company. Defendants premise federal jurisdiction on diversity of citizenship (Doc. 1). Defendants amended their Notice of Removal to correct their jurisdictional allegations (Docs. 26, 27).

The Court has "an independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party." Arbaugh v. Y & H Corp., 546 U.S. 500, 514 (2006). This duty persists throughout all phases of the litigation, even after trial and the entry of final judgment. See id. at 506-07.

Plaintiffs David Hatten and Verna Elliott are citizens of Louisiana.

Defendants Larry Robert Boothe and Ann Costlow Brown d/b/a Jay Construction are citizens of Texas.

Defendants show that Allied Property and Casualty is incorporated in Iowa and has its principal place of business in Iowa (Doc. 27).

Accordingly, diversity jurisdiction is established. No further action is necessary at this time. This finding is preliminary in nature, and may be reconsidered *sua sponte* or upon appropriate motion.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this 4th day of September, 2017.

Joseph H.L. Perez-Montes
United States Magistrate Judge